IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EUGENE WALDEN, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:21-cv-304 (MTT) |
| GINA M. RAIMONDO, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

On December 29, 2022, defendant Gina Raimondo moved to dismiss plaintiff Eugene Walden's complaint for failure to state a claim.  Doc. 24.  In support of her motion to dismiss, Raimondo repeatedly indicates that it is hard to understand what discrimination Walden complains of.  Doc. 24-1 at 1 ("it is difficult to know precisely on which protected classes Plaintiff alleges discrimination"), 5 ("Plaintiff's complaint is 22-pages of disorganized content, which makes it very difficult to understand the claims being asserted ... Defendant does its best to capture the meaning of Plaintiff's claims"), 7 ("as best as the agency can guess").  Regarding the class action Walden states he opted out of, Raimondo's counsel appears unaware of the class action and refers to it simply as "a different lawsuit."  *Id*. at 10.

It is difficult for the Court to assume Raimondo's counsel does not understand what conduct Walden allegedly encountered during his employment with the 2010 U.S. Census.  It is also difficult to assume Raimondo's counsel is unaware of the lawsuit Walden repeatedly references.  The Department of Commerce, of which Raimondo is the Secretary, was the defendant in that lawsuit.  And if Raimondo's counsel was

unaware of that fact, Walden surely provided enough information to understand what conduct the class action concerned and what similar conduct forms the basis of his claims.  See Doc. 23 at 6-10 (Walden provided a link, case citations, and details of the class action settlement.).

Because Raimondo failed to demonstrate Walden has failed to state a claim based on alleged employment discrimination, her motion to dismiss (Doc. 24) is **DENIED**.

**SO ORDERED**, this 25th day of April, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT