IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EUGENE WALDEN, III, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-CV-304 (MTT) |
| | * |
| GINA M. RAIMONDO, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 2, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 2nd day of August, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk